**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Chadwick VILLAMOR, Defendant–Appellant.**

**No. 13–10175.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 23, 2013.*

Filed Jan. 17, 2014.

Crane M. Pomerantz, Assistant U.S., Michael Anthony Humphreys, Assistant U.S., Office of the U.S. Attorney, Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S., Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Alina Maria Shell, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: HUG, FARRIS, and LEAVY, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Chadwick Villamor appeals from the district court's judgment and challenges the 60–month sentence imposed following his conviction for unlawful possession of a firearm, in violation of 18 U.S.C. §§ 922(g) and 924(a)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Villamor contends that, in light of his mental health problems, the district court should not have imposed an above-Guidelines sentence of 60 months. We review the sentence for substantive reasonableness, applying an abuse of discretion standard. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Mohamed,* 459 F.3d 979, 987 (9th Cir.2006). The sentence is substantively reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) factors, including Villamor's extensive criminal history and the need to protect the public and promote respect for the law. *See Gall,* 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).